## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  5:06cv247/MCR/MD

PROCEEDS UP TO $150,000 IN
ACCOUNT KNOWN AS DIANE SPENCER
INVOCABLE TRUST, MAINTAINED BY
STERNE, AGEE AND LEACH, INC., AT
WACHOVIA BANK, BIRMINGHAM,
ALABAMA,

**REFERRAL AND ORDER**

Referred to Judge Rodgers on  May 11, 2007
Type of Motion/Pleading: MOTION AND MEMORANDUM FOR STAY OF PROCEEDINGS
Filed by: PLAINTIFF       on 5/10/07    Document  11
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                       on _____  Doc.# _____
                                       on _____  Doc.# _____
                                       WILLIAM M. McCOOL, CLERK OF COURT

                                       /s/ Teresa Cole
                                       Deputy Clerk: Teresa Cole

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 11th day of May, 2007, that:

     The requested relief is GRANTED.

                                       s/ *M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **UNITED STATES DISTRICT JUDGE**